# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133750
133751

JEFFREY BROOKSHIRE, Personal
Representative of the Estate of
Jeannette Brookshire,
        Plaintiff-Appellant,

v

    SC: 133750, 133751
    COA: 257214, 257629
    Washtenaw CC: 03-000731-NH

BHARTIBEN PATEL, M.D.,
PATEL INTERNAL MEDICINE
ASSOCIATES, P.C., KELLY
MANDAGERE, M.D., ANN ARBOR
ENDOCRINOLOGY & DIABETES
ASSOCIATES, P.C., NANCYLEE
STIER, M.D., ANN ARBOR
INPATIENT PHYSICIANS, P.L.L.C.,
ROBERT URBANIC, M.D., and
TRINITY HEALTH--MICHIGAN,
d/b/a ST. JOSEPH MERCY HOSPITAL,
f/k/a MERCY HEALTH SERVICES,
        Defendants-Appellees.

_____/

     By order of September 24, 2007, the application for leave to appeal the March 15, 2007 judgment of the Court of Appeals was held in abeyance pending the decision in *Mullins v St Joseph Mercy Hosp* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, ___ Mich ___ (2007), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, REINSTATE the order of the Washtenaw Circuit Court denying the defendants' motion for summary disposition, and REMAND this case to the Washtenaw Circuit Court for further proceedings not inconsistent with this order and the order in *Mullins*.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2007

Clerk